ACCEPTED
03-14-00648-CV
4190883
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/18/2015 11:16:54 AM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00648-CV

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/18/2015 11:16:54 AM
JEFFREY D. KYLE
Clerk

GILBERT J. RODRIGUEZ, INDIVIDUALLY AND AS INDEPENDENT
EXECUTOR OF THE ESTATE OF EVANGELINA G. RODRIGUEZ, ELLIEN
RODRIGUEZ NAVARRO, AND MOLLIE RODRIGUEZ AHLBRAND,
Appellants,
v.
FRANCISCO MUNOZ AND LILIAM FLORES MUNOZ,
Appellees.

On Appeal from the Probate Court No. 1 of Travis County, Texas
(Honorable Guy Herman Presiding)
Trial Court Cause No. C-1-PB-13-001785

## APPELLANTS' UNOPPOSED MOTION TO DISMISS

TO THE HONORABLE COURT:

Pursuant to TEX. R. APP. P. 42.1(a)(1), Appellants Gilbert J. Rodriguez, Individually and as Independent Executor of the Estate of Evangelina G. Rodriguez, Ellien Rodriguez Navarro, and Mollie Rodriguez Ahlbrand file this Unopposed Motion to Dismiss and move the Court to dismiss this appeal.

1.      Appellants timely perfected the appeal in this matter in October 2014. This case has been abated since December 17, 2014.

2.     The parties have reached an agreement to resolve the claims and causes of action asserted in this case.  Appellants no longer wish to pursue this appeal.

3.     Appellants ask that costs be assessed against the party incurring them.

### PRAYER FOR RELIEF

WHEREFORE, PREMISES CONSIDERED, Appellants Gilbert J. Rodriguez, Individually and as Independent Executor of the Estate of Evangelina G. Rodriguez, Ellien Rodriguez Navarro, and Mollie Rodriguez Ahlbrand respectfully request that this Court grant the Motion to Dismiss and enter an Order dismissing this appeal and taxing costs against the party that incurred them.

DATED: February 18, 2015

Respectfully submitted,

JACKSON WALKER L.L.P.

By: */s/ Scott W. Weatherford*
  Christopher R. Mugica
  State Bar No. 24027554
  cmugica@jw.com
  Scott W. Weatherford
  State Bar No. 24079554
  sweatherford@jw.com
  100 Congress, Suite 1100
  Austin, Texas 78701
  (512) 236-2000
  (512) 236-2002 – Fax

ATTORNEYS FOR APPELLANTS
GILBERT J. RODRIGUEZ,
INDIVIDUALLY AND MOLLIE
RODRIGUEZ AHLBRAND

and

LAW OFFICE OF JERRY RIOS

By: */s/ Jerry Rios*
  Jerry Rios
  State Bar No. 24062966
  jrios@therioslawfirm.com
  4611 Bee Caves Road, Suite 216
  Austin, Texas 78746
  (512) 501-6270
  (512) 501-6292 - Fax

ATTORNEYS FOR APPELLANT
GILBERT J. RODRIGUEZ AS
INDEPENDENT EXECUTOR OF
THE ESTATE OF EVANGELINA G.
RODRIGUEZ

3

and

RICHARDS RODRIGUEZ &
SKEITH

By: */s/ Chase Hamilton*
Chase Hamilton
State Bar No. 24058911
chamilton@rrsfirm.com
816 Congress Avenue, Suite 1200
Austin, Texas 78701
(512) 476-0005
(512) 476-1513 - Fax

ATTORNEYS FOR APPELLANT
ELLIEN RODRIGUEZ NAVARRO

## CERTIFICATE OF CONFERENCE

I hereby certify that on this 18th day of February, 2015, I conferred with John Akin, counsel for Appellees, regarding the relief requested herein, and Mr. Akin indicated that Appellees do not oppose the Motion.

*/s/ Scott W. Weatherford*
Scott W. Weatherford

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February, 2015, I electronically filed the foregoing with the Clerk of the Court using the Texas Online eFiling for courts system and served all counsel of record via electronic service.

*/s/ Scott W. Weatherford*
Scott W. Weatherford